649

Opinion filed June 26, 1931.
Frank C. Hill, for appellant. Melville & Myers, for appellee.
Mr. Justice Scanlan delivered the opinion of the court.

Joseph O. Grant, as executor of the estate of Andrew Leonard Johnson, deceased, appellant, v. B. W. Rosenstone, appellee. Gen. No. 34,993.

Opinion filed June 26, 1931. Rehearing denied July 7, 1931.
Robert H. Holmes, for appellant. Arthur Abraham, for appellee.
Mr. Justice Scanlan delivered the opinion of the court.

Joseph Blumfield and Sophie Blumfield, appellees, v. Samuel Goldman et al., appellants. Gen. No. 35,193.

Opinion filed June 26, 1931.
M. M. Gross and H. J. Rosenberg, for appellants; Abraham Miller and Irving S. Berman, of counsel. Edward N. Sherburne and Burke, Immenhausen & Crane, for appellees.
Mr. Justice Scanlan delivered the opinion of the court.

Robert Branch et al., appellees, v. Isaac A. Thomas et al., appellants. Gen. No. 35,218.

Opinion filed June 26, 1931.
Rehearing denied July 7, 1931.
Weightstill Woods, for appellants. Wendell E. Green, for appellees.
Mr. Justice Scanlan delivered the opinion of the court.

Goldie H. Hoffman Brownell, appellee, v. Norman L. Randall et al., defendants, on appeal of Norman L. Randall et al., appellants. Gen. No. 35,317.

Opinion filed July 3, 1931. Rehearing denied July 14, 1931.
Frederick W. Janson, for certain appellant. William Schiepan, for certain other appellants. Frisch & Frisch, for appellee; Theodore J. Ticktin, of counsel.
Mr. Justice Matchett delivered the opinion of the court.